# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| COAL NETWORK, LLC,[2] | Case No. 22-10098-tnw |
| Reorganized Debtor. | Hon. Tracey N. Wise |

## ORDER GRANTING THE REORGANIZED DEBTOR'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH FOSSIL COAL SALES, LLC UNDER BANKRUPTCY RULE 9019

Upon *The Reorganized Debtors' Motion for Approval of Settlement Agreement and Mutual Release with Fossil Coal Sales, LLC Under Bankruptcy Rule 9019* (the "Motion") of Coal Network, LLC (the "Reorganized Debtor"), for entry of an order approving the Settlement Agreement,[3] the Court having reviewed the Motion, and the Court having determined that the relief requested in the Motion is in the best interests of the Reorganized Debtor, the estate and its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is GRANTED.

2. The Reorganized Debtor is authorized to enter into the Settlement Agreement and effectuate the terms of the agreement described therein.

---

[2] The debtor and debtor in possession in this Chapter 11 Case and the last four digits of its Employer Identification Number is: Coal Network, LLC (5035). The Debtor's mailing address is 7697 Innovation Way, Mason, OH 45040.

[3] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion.

22697453.v2

3. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Tendered by:

*/s/ Gina M. Young*
Gina M. Young
April Wimberg
James R. Irving
Dentons Bingham Greenebaum LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Phone: (502) 587-3545
E-mail: james.irving@dentons.com
april.wimberg@dentons.com
gina.young@dentons.com

*Counsel for Plaintiff Coal Network, LLC*

2
22697453.v2

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Thursday, April 13, 2023**
(tnw)