**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

IN RE

COAL NETWORK, LLC                                         CASE NO. 22-10098

DEBTOR                                                    CHAPTER 11 – Sub V

**ORDER**

On March 29, 2023, the Court entered an Order to Supplement and Setting Hearing [ECF No. 311] regarding the Final Application for Compensation and Reimbursement of Expenses of Dentons Bingham Greenebaum LLP ("DBG") [ECF No. 282]. In response to the Court's order, DBG timely filed a Supplement in Support of the Final Application [ECF No. 315]. The Court having reviewed the record, and having considered same, it is ORDERED that:

1. The April 19, 2023 hearing on the Final Application is hereby STRICKEN from the Court's docket.

2. The Final Application is hereby taken under submission.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, April 17, 2023**
(tnw)