# EXHIBIT E

On Feb 3, 2022, at 5:00 PM, Gerald Quitter <jquitter@coalnetwork.com> wrote:

Salvador -

Much appreciated for your assistance on getting us paid at Demopolis. We are still working on Knoxville on an alternate source and 1 from Firestar. Hope to revert by no later than Monday.

Sent from my iPhone

> On Feb 3, 2022, at 8:41 AM, Jose Salvador Pamanes Maltos <salvador.pamanes@cemex.com> wrote:
>
> 
> Hello Jerry
>
> You should receive the payments from Demopolis today
>
> Regards



**Salvador Pámanes**
10100 Katy Freeway Suite 300 Houston, TX, 77043
Office: +1713-722-6355, CXNET: 800106355
US Mobile: +1281-6907204,
salvador.pamanes@cemex.com

---

**From:** Gerald Quitter <jquitter@coalnetwork.com>
**Sent:** Wednesday, February 2, 2022 11:18 AM
**To:** Jose Salvador Pamanes Maltos <salvador.pamanes@cemex.com>
**Cc:** Karen Gulley <kgulley@coalnetwork.com>; Suzanne Miller <smiller@coalnetwork.com>
**Subject:** RE: Section 7.3 Notice of Withholding of Payment.

**CAUTION: External Email | PRECAUCIÓN: Correo electrónico externo | VORSICHT: Externe E-Mail | ATTENTION: Courriel externe**

S – I understand your position re: Knoxville even though it's hugely detrimental to Coal Network, however we do need those funds for coal shipped to Demopolis as soon as possible per my email below. Those payments were due yesterday so please advise as to when we can expect payment.

Thank You,
Jerry

**From:** Jose Salvador Pamanes Maltos <salvador.pamanes@cemex.com>
**Sent:** Wednesday, February 02, 2022 11:59 AM
**To:** Gerald Quitter <jquitter@coalnetwork.com>
**Cc:** Karen Gulley <kgulley@coalnetwork.com>; Suzanne Miller <smiller@coalnetwork.com>
**Subject:** RE: Section 7.3 Notice of Withholding of Payment.

Hello Jerry

About the coal for Demopolis should be no problem.

Unfortunately everything related to Knoxville was put it on hold.

Please, restart deliveries at Knoxville as per contract in order to have everything working as it should be

Regards



**Salvador Pámanes**
10100 Katy Freeway Suite 300 Houston, TX, 77043
Office: +1713-722-6355, CXNET: 800116355
US Mobile: +1281-6907204,
salvador.pamanes@cemex.com

---

**From:** Gerald Quitter <jquitter@coalnetwork.com>
**Sent:** Tuesday, February 1, 2022 4:12 PM
**To:** Jose Salvador Pamanes Maltos <salvador.pamanes@cemex.com>
**Cc:** Karen Gulley <kgulley@coalnetwork.com>; Suzanne Miller <smiller@coalnetwork.com>
**Subject:** RE: Section 7.3 Notice of Withholding of Payment.

**CAUTION: External Email | PRECAUCIÓN: Correo electrónico externo | VORSICHT: Externe E-Mail | ATTENTION: Courriel externe**

Salvador – we are continuing to attempt to work out a solution with Firestar regarding the lack of deliveries to Knoxville for the month of January. In so doing, please advise as to the status of payment for coal shipped to the Demopolis plant. We show Cemex did not pay for $32,040.65 worth of coal that was supplied in September and payable on January 1st nor the $212,022.98 amount of coal supplied during October payable today. This is critical we get resolved as soon as possible as the Knoxville situation should have no bearing on our performance at Demopolis.

I look forward to your response,
Jerry


**Gerald A. Quitter**
President
**Coal Network, LLC**
7697 Innovation Way, Suite 100
Mason, OH 45040

Email:    gquitter@coalnetwork.com
Office:   (513) 701-0378 Office
Mobile:  (513) 313-6541 Mobile
www.coalnetwork.com

---

**From:** Jose Salvador Pamanes Maltos <salvador.pamanes@cemex.com>
**Sent:** Thursday, January 27, 2022 10:32 PM

**To:** Gerald Quitter <jquitter@coalnetwork.com>
**Subject:** Section 7.3 Notice of Withholding of Payment.

Dear Gerald

Please see attachment

Regards



**Salvador Pámanes**
10100 Katy Freeway Suite 300 Houston, TX, 77043
Office: +1713-722-6355, CXNET: 800116355
US Mobile: +1281-6907204,
salvador.pamanes@cemex.com

CONFIDENTIALITY: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication, and the information contained in it, is strictly prohibited. If you are not the intended recipient, please contact the sender and immediately destroy all copies of the original message.

CONFIDENTIALITY: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication, and the information contained in it, is strictly prohibited. If you are not the intended recipient, please contact the sender and immediately destroy all copies of the original message.

CONFIDENTIALITY: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication, and the information contained in it, is strictly prohibited. If you are not the intended recipient, please contact the sender and immediately destroy all copies of the original message.

CONFIDENTIALITY: The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication, and the information contained in it, is strictly prohibited. If you are not the intended recipient, please contact the sender and immediately destroy all copies of the original message.