**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Coal Network, LLC, | ) Case No. 22-10098-tnw |
| | ) |
| Reorganized Debtor. | ) Hon. Tracey N. Wise |
| | ) |

**THE REORGANIZED DEBTOR'S OBJECTION**
**TO CLAIM OF BEECHWOOD COAL, LLC [CLAIM NO. 20]**

Coal Network, LLC (the "Reorganized Debtor" or "Coal Network"), by and through its undersigned counsel, hereby files this objection (the "Objection") to Claim No. 20 (the "Claim") of Beechwood Coal, LLC ("Beechwood") under section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

**I.      Coal Network's Relationship with Beechwood**

2.      Coal Network operates as an energy solutions provider, specializing in the trade of coal and blended coal products for the thermal, industrial, metallurgical markets. [Docket No. 24, ¶ 6.]  Coal Network enters into contracts with customers to procure coal and arrange for shipping and logistics. [*Id.* at ¶ 7.]

3.      Coal Network and Beechwood entered into several purchase orders for Beechwood

23237145.v2

to supply Coal Network's customer Argos USA LLC ("Argos") with coal to its Martinsburg, West

Virginia facility.

4.      On or about April 28, 2021, Coal Network and Beechwood entered into Purchase

Order 13216 ("PO 13216"), attached hereto as **Exhibit A**, for Beechwood to supply Argos with

approximately 7,000 tons of coal per month at $62 per short ton for the period of May 3, 2021

through December 31, 2021, as provided under PO 13216.  PO 13216 also included General Terms

and Conditions (the "Beechwood Terms").  Coal Network sent a signed copy of PO 13216 to

Beechwood, but Beechwood never returned a singed copy.

5.      PO 13216 is governed by Ohio Law.  Beechwood Terms, ¶ 12.0.

6.      In June 2021, pursuant to PO 13216, Beechwood shipped $245,094.06 worth of

coal to Argos.

7.      Upon information and belief, Beechwood had been experiencing some financial

issues.  As a result, Beechwood had been having a difficult time keeping up with accounting, and

then later in the summer of 2021, Beechwood was sold to Heritage Coal & Natural Resources,

LLC ("Buyer").

8.      Shortly thereafter, Beechwood disappeared and there was no further contact.

9.      Buyer's new management refused to ship any additional coal through the remainder

of the term of PO 13216.

10.     As a result of the sale to Buyer, Beechwood had no ability to fulfill its obligations

under PO 13216.

11.     Coal Network was able to work with Argos to negotiate new contracts, but Coal

Network lost its profits due to Beechwood's failure to honor PO 13216.

12.     Because Beechwood had all but closed up shop and there were no entities to collect

23237145.v2

from for its breached contract, Coal Network wrote off the balance to Beechwood to zero on December 31, 2021. *See* **Exhibit B**, Coal Network's Ledger.

**II.      The Chapter 11 Case**

13.      On August 17, 2022 (the "Petition Date"), Coal Network filed a voluntary petition for relief under subchapter V of chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Eastern District of Kentucky (the "Bankruptcy Court"), thereby commencing the above-captioned bankruptcy case (the "Chapter 11 Case").

14.      On August 18, 2022, the Court entered the *Order Setting Status Conference and Other Deadlines in Subchapter V Case* [Docket No. 25], which set the deadline for creditors (other than governmental units) to file proofs of claim as October 26, 2022 (the "General Bar Date"). The deadline for governmental units to file proofs of claim was set for February 13, 2023 (the "Governmental Bar Date").

15.      On November 15, 2022, Coal Network filed the *Debtor's Subchapter V Small Business Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code* [Docket No. 211] (as amended, the "Plan").

16.      On December 20, 2022, Beechwood filed a *Motion to Allow Late Filed Proof of Claim* [Docket No. 247] (the "Motion"), setting forth its claim in the amount of $271,451.56, comprising two allegedly unpaid invoices in the amounts of $26,357.50 (Inv. No. 2057) and $245,094.06 (Inv. No. 2196), both attached to the Claim. *See* Claim No. 20.

17.      Counsel for the parties reached an agreement to allow Beechwood to file a late claim, but the parties did not agree to the amount of the claim. [Docket No. 276.]  Accordingly, Beechwood filed the Claim seeking the full $271,451.56 for the two allegedly unpaid invoices. *See* Claim No. 20.

23237145.v2

18.    The Court entered an order confirming the Plan on January 12, 2023 [Docket No. 277] (the "Confirmation Order").

19.    Under section 5.01 of the Plan, the Reorganized Debtor reserved the right to object to any claims filed "for one year, or until the first claim is first scheduled for a distribution, whichever date is later."  Plan, § 5.01.

## RELIEF REQUESTED

20.    By this Objection, the Reorganized Debtor seeks disallowance of the Claim under section 502(b)(1) because (i) Coal Network paid Invoice No. 2057 in full, and (ii) Beechwood  was the first breaching party under PO 13216 and Coal Network incurred damages as a result of Beechwood's breach.

## BASIS FOR RELIEF

21.    Beechwood's Claim should be disallowed under section 502 of the Bankruptcy Code because Beechwood was the first breaching party under PO 13216.

22.    Section 502 of the Bankruptcy Code provides that if an objection to a claim is filed,

> [T]he court, after notice and a hearing, shall determine the amount of such claim . . . as of the date of the filing of the petition, and shall allow such claim in such amount, except to the extent that . . . such claim is unenforceable against the debtor and property of the debtor, **under any agreement or applicable law** for a reason other than because such claim is contingent or unmatured . . . ."

11 U.S.C. § 502(b)(1) (emphasis added).

23.    The Claim is unenforceable against the Reorganized Debtor for the following reasons:  (i) Invoice No. 2057 was paid by Coal Network, and (ii) Beechwood failed to honor its agreement after it sold its operations to Buyer and failed to either supply or assign the Coal Network contract so that the Argos contract would be fulfilled.

4

**I.      Coal Network Paid the First Invoice Associated with the Claim.**

24.      As stated above, Coal Network paid the full amount of $26,357.50 under Invoice No. 2057 pursuant to Invoice No. 2119, attached as **Exhibit C**.

25.      There were some issues on Beechwood's part of failing to provide invoices to Coal Network, but once received, Coal Network paid Beechwood for the invoices, along with several other invoices. *See* Exhibit B.

26.      Indeed, the parties' respective personnel addressed the payment in an email correspondence on July 22, 2021 and a follow-up phone call. *See* email attached hereto as **Exhibit D**. There was no further correspondence or disagreement between the parties that Invoice No. 2057 had not been fully satisfied.

**II.     Beechwood Breached the Agreement and Relieved Coal Network of Its Payment Obligations.**

27.      Further, paragraph 4.0 of the Beechwood Terms provides that in an event of default, the non-defaulting party may withhold any payments due, suspend performance and exercise such other remedies as may be provided at law or in equity. Beechwood Terms, ¶ 4.0.

28.      An event of default means the failure of either party to comply with its obligations in good faith and such noncompliance is not cured within 10 days of notice. *Id.*

29.      Beechwood stopped supplying coal to Coal Network in July 2021 in direct violation of the Beechwood Terms and never cured such breach. Therefore, Coal Network was within its rights under the Beechwood Terms to withhold payments and seek other sources of coal to fulfill its obligations to Argos.

30.      As such, Coal Network incurred damages and lost profits for its inability to fulfill the Argos agreement.

23237145.v2

31.     Therefore, Coal Network has the right to set off any outstanding invoices of Beechwood.

## NOTICE

32.     **Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney if you have one.**

33.     Notice of this Objection shall be provided to the U.S. Trustee, the subchapter V trustee and Beechwood, or their attorneys.

34.     A hearing on this Motion is set for **December 13, 2023 at 10:30 a.m.** in the U.S. Bankruptcy Court, Carl Perkins Federal Building, U.S. District Courtroom, 1405 Greenup Avenue, Suite 204, Ashland, Kentucky.

35.     The deadline to file any response to the Objection is December 10, 2023 (the "Response Deadline").  Any response to the Objection must be filed electronically at www.kyeb.uscourts.gov, or delivered, in writing, to the U.S. Bankruptcy Court, Eastern District of Kentucky, 100 East Vine Street,  Suite 200, Lexington, Kentucky 40507, with a copy to the Reorganized Debtor's counsel: April A. Wimberg, Dentons Bingham Greenebaum LLP, 3500 PNC Tower, 101 South Fifth Street, Louisville, Kentucky 40202, or april.wimberg@dentons.com, on or before the Response Deadline.  If you mail your response to the Bankruptcy Court, you must mail it early enough so the Court will receive it on or before the Response Deadline.

36.     The Reorganized Debtor submits that no other notice need be given and that this Objection complies with all notice requirements under the Bankruptcy Rules.  This Objection will be served by the Reorganized Debtor's counsel according to the certificate of service included herewith.

WHEREFORE, the Reorganized Debtor respectfully requests that the Court enter an order

23237145.v2

(i) disallowing the Claim, and (ii) granting such further relief as the Court deems just and proper.

Dated: November 10, 2023                    Respectfully submitted,

                                            */s/ April A. Wimberg*
                                            April A. Wimberg
                                            Gina M. Young
                                            DENTONS BINGHAM GREENEBAUM LLP
                                            3500 PNC Tower
                                            101 South Fifth Street
                                            Louisville, Kentucky 40202
                                            Phone: (502) 587-3606
                                            Fax:    (502) 540-2215
                                            Email: april.wimberg@dentons.com
                                                    gina.young@dentons.com

                                            *Counsel to the Reorganized Debtor*

23237145.v2

## CERTIFICATE OF SERVICE

I certify that on November 10, 2023, the foregoing was served electronically through the Court's ECF system to all person receiving electronic notifications in the Chapter 11 Case. Also, on November 10, 2023, a copy of the foregoing was sent via first class United States Mail to each of the parties at the addresses set forth below:

Douglas T. Logsdon
McBrayer PLLC
201 East Main Street, Suite 900
Lexington, Kentucky 40507
Phone: (859) 231-8780 Ext. 1306

*Counsel to Beechwood Coal, LLC*

/s/ April A. Wimberg
April A. Wimberg

23237145.v2