**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Coal Network, LLC,[1] | ) | Case No. 22-10098 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**STATUS REPORT OF THE REORGANIZED DEBTOR**
**REGARDING THE PRISTINE PARTIES' SANCTIONS OWED TO THE COURT**

Coal Network, LLC (the "Reorganized Debtor"), by and through its undersigned counsel, hereby files this status report detailing the sanctions the Reorganized Debtor believes Kautilya "Tony" Sharma ("Mr. Sharma"), Pristine Clean Energy, LLC ("Pristine") and Virgie Clean Mining, LLC ("Virgie", and together with Mr. Sharma and Pristine, the "Pristine Parties"), owe to the Court per the Court's August 31, 2023 *Contempt Order* (the "Contempt Order"), as well as the status of the Pristine Parties' compliance with the Contempt Order.

The Contempt Order required the Pristine Parties make a $5,000 payment in sanctions to the Reorganized Debtor no later than September 7, 2023. The Pristine Parties did not make such payment until September 11, 2023. Therefore, the amount of sanctions due by the Pristine Parties for failure to timely pay the $5,000 sanction is **$1,500**.

The Contempt Order also required the Pristine Parties to serve sworn subpoena responses no later than September 1, 2023. The Pristine Parties did not serve such responses until September 6, 2023. Therefore, the amount of sanctions due by the Pristine Parties for their failure to timely serve the sworn subpoena responses is **$2,500**.

---

[1] The debtor and debtor in possession in this Chapter 11 Case and the last four digits of its Employer Identification Number is: Coal Network, LLC (5035). The debtor's mailing address is 7697 Innovation Way, Mason, OH 45040.

23253884.v1

The Contempt Order also required the Pristine Parties to produce all responsive documents to the subpoenas no later than September 12, 2023. The Pristine Parties produced documents on a rolling basis but did not produce all responsive documents until the following dates: Virgie – September 20, 2023; Pristine – October 3, 2023; and Mr. Sharma – October 3, 2023. Therefore, the amount of sanctions due by Virgie for its failure to timely produce documents is **$3,500**; the amount of sanctions due by Pristine for its failure to timely produce documents is **$10,000**; and the amount of sanctions due by Mr. Sharma for its failure to timely produce documents is **$10,000**.

The Reorganized Debtor did not believe it was necessary to reschedule the deposition of the Pristine Parties. Therefore, the Reorganized Debtor does not believe the Pristine Parties have any other duties under the Contempt Order.

Dated: November 15, 2023

/s/ Gina M. Young
James R. Irving
April A. Wimberg
Gina M. Young
Dentons Bingham Greenebaum LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Phone: (502) 587-3606
Fax:    (502) 540-2215
Email: james.irving@dentons.com
       april.wimberg@dentons.com
       gina.young@dentons.com

*Counsel to the Reorganized Debtor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2023, the foregoing status report was filed electronically and that a copy was served upon registered ECF participants electronically through the Court's ECF System at the email addresses registered with the Court.

                                      */s/ Gina M. Young*
                                      Gina M. Young

                                      *Counsel to the Reorganized Debtor*

23253884.v1