UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*Electronically Filed*

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| **Coal Network, LLC** ) | **Case No. 22-10098-tnw** |
| Debtor. ) | |
| ) | |
| ) | |

**RESPONSE OF VIRGIE CLEAN MINING, LLC, PRISTINE CLEAN ENERGY, LLC AND KAUTILYA "TONY" SHARMA TO THE DEBTOR'S STATUS REPORT REGARDING THE SANCTIONS OWED TO THE COURT**

Virgie Clean Mining, LLC ("Virgie"), Pristine Clean Energy, LLC ("Pristine") and Kautilya "Tony" Sharma ("Sharma"), by and thru counsel, hereby respond to the Debtor's Status Report Regarding the Sanctions owed to the Court (Docket No. 366) as follows:

1. The $5,000 payment of sanctions was paid to the undersigned's IOLTA account on September 8, 2023 instead of being sent to Counsel for the Debtor's account. Undersigned counsel had been out of town covering depositions in West Virginia for an upcoming trial and was unaware that the wire was sent to his firm's IOLTA Account. (See Exhibit A attached hereto). Because undersigned counsel did not return to his office until very late on Friday, September 8, 2023 the wire sent from counsel's IOLTA account did not actually process and was not received by the Debtor's counsel until Monday, September 11, 2023. The Pristine Parties suggest that the sanction relating to the $5,000 payment should be $500 for one day being late.

2. Undersigned counsel's records reflect that signed discovery responses were sent to the Debtor's counsel on September 1, 2023 in compliance with the Court's Order. The signed discovery responses were received from Mr. Abraham via e-mail at 4:22 p.m. on 9/1/23 and were

1

immediately forwarded to counsel via e-mail at 4:24 p.m. on 9/1/23. The Pristine Parties suggest that no additional sanction is due for the failure to serve the signed discovery responses.

3. During the depositions on August 29, 2023, Sharma and Abraham produced some of the requested documents that they could access during the depositions. Later, on August 29, 2023, counsel or the Debtor forwarded the e-mail attached as Exhibit B listing documents that appeared to still be missing from the document production.

4. Subsequent to August 29, 2023, Sharma, Virgie and Pristine produced additional documents and also provided supplements to their written responses to the Debtor's document requests. At that time, Sharma, Virgie and Pristine believed that they had complied with the document production requests. In fact, undersigned counsel sent to the Debtor's counsel an e-mail he received from Sharma, responding to each "outstanding item" in the e-mail from Debtor's counsel referenced above. (See Sharma e-mail dated September 10, 2023 attached as Exhibit C).

5. On September 13, 2023, Debtor's counsel filed a Second Notice of Failure to Comply with the Contempt Order alleging that Virgie, Pristine and Sharma had failed to produce certain items. Listed below are each item that the Debtor alleges had not been produced and the response of each respective party as follows:

I.   Sharma –

a.   Venmo and Zelle records – During Sharma's deposition, Debtor's counsel asked him about Zelle and Venmo transfers. It was explained that counsel wanted to not only see the transfers, but also wanted to see from whom transfers were received and to whom transfers were sent. Subsequent to the deposition, Sharma produced his personal bank account records which

list Zelle deposits and transfers. Each one of those transfers/deposits shows on the bank statements the identity of the person sending him money and the identity of the person where he was sending money. Sharma believed that the production of the bank statements, which included Zelle information, was responsive to the Debtor's requests. Mr. Sharma finally gathered all the Zelle documents and produced them by September 18, 2023, all of which were cumulative of what had already been produced in the bank records.

    b.    July 2022 Myra Resources bank statement – This one statement was mistakenly not provided prior to September 12, 2023, but was provided to Debtor's counsel on September 14, 2023.

    c.    Operating Agreements – Sharma noted on the e-mail response sent to undersigned counsel on September 10, 2023 that he did not have Operating Agreements for the subject entities. Sharma's e-mail stating as such was forwarded to Debtor's counsel on September 10, 2023.

    II.    Virgie –

    a.    2021 Bank Statements for Virgie Aggregates – The Virgie Aggregates statements for 2021 were mistakenly not provided prior to September 12, 2023, but were provided to Debtor's counsel on September 14, 2023.

    b.    Vehicle Lists – During Abraham's deposition, Debtor's counsel produced a print-out showing a series of motor vehicles that counsel indicated were owned by Virgie (titled in the name of Virgie). Abraham was unaware of the title holder of the subject vehicles but did advise Debtor's counsel that when the Premier Elkhorn assets were obtained in the Cambrian Holdings bankruptcy sale there were a series of older vehicles lined up on the property that may be the

3

vehicles that were referenced by Debtor's counsel. Abraham also advised that maybe 4 or 5 of those vehicles still remain on the property. On September 20, Abrahma provided VIN numbers for the 4 or 5 vehicles still remaining on the property.

    III.    Pristine –

    a.    Records for Birch River Energy, LLC f/k/a Brooks Run Mining, LLC – During the Pristine deposition and in the written responses to the Debtor's document requests, Pristine advised counsel that it was the sole member of Brooks Run, now Birch River. Other than corporate filings made with the WV Secretary of State, Pristine had no additional documents for Brooks Run/Birch River and no Operating Agreements for Brooks Run/Birch River. The Debtor's counsel then requested bank records for Brooks Run/Birch River, which were not a part of the original Subpoena. The bank records for Brooks Run/Pristine were provided on October 3, 2023. However, every document relating to Pristine had previously been produced.

WHEREFORE, based upon the foregoing, Sharma, Virgie and Pristine believe that they have complied with this Court's Contempt Order of August 31, 2023 by September 14, 2023 at the latest.

    Respectfully submitted,

/s Billy R. Shelton
BILLY R. SHELTON, ESQ.
Shelton, Branham & Halbert PLLC
2452 Sir Barton Way, Suite 200
Lexington, KY 40509
(859) 294-6868
(859) 294-6866 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed this the 22nd day of November, 2023, with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties designated to receive electronic service in this matter.

/s Billy R. Shelton
BILLY R. SHELTON, ESQ.

# Billy Shelton

| | |
|---|---|
| **From:** | Billy Shelton |
| **Sent:** | Friday, September 8, 2023 3:53 PM |
| **To:** | Wimberg, April A.; Young, Gina M. |
| **Subject:** | Coal Network - Contempt payment |

April and Gina,
I was just advised by my client that the $5,000 payment was sent to my escrow and not directly to your firm. I'm confirming that right now and will send your firm a wire from my escrow account. I was out the last three days in WV preparing witnesses and taking trial depos for a trial that was supposed to begin on Monday and I was completely unaware that the money had been sent to our escrow and not directly to you all.
Thanks,
Billy


Billy R. Shelton, Esq.
Shelton, Branham & Halbert, PLLC
2452 Sir Barton Way, Suite 200
Lexington, KY 40509
859-294-6868 (office)
859-321-2307 (cell)



1

# Billy Shelton

| | |
|---|---|
| **From:** | Young, Gina M. <gina.young@dentons.com> |
| **Sent:** | Tuesday, August 29, 2023 3:16 PM |
| **To:** | Billy Shelton |
| **Cc:** | Wimberg, April A. |
| **Subject:** | Coal Network v. Sharma - Supplemental Responses |
| **Attachments:** | Wiring Instructions.pdf |

Billy,

I sent a link separately that houses all the documents we received today during the deposition.

We are missing the following documents from Mr. Sharma:
- January 2021 to August 2022, March 2023 statements from Sharma Wells Fargo account
- July 2023, August 2023 statements from Sharma Capital One account
- July 2022, August 2023 statements from Myra Resources LLC Truist Account
- ALL bank statements from Myra Operating LLC Bank of America account
- Any other documents evidencing these accounts
- Any operating agreements of Myra Operating LLC, Myra Resources LLC and Pike Security LLC
- Venmo and Zelle statements from January 1, 2021 – present

For Zelle, here are the instructions for Mr. Sharma to obtain those records:
1. Open your mobile banking app or online account and log in.
2. Navigate to "**Send Money with Zelle®**."
3. Click on "**Activity**."
4. Under the view option, select "**Past**."
5. You will have to do this for each account that you have connected with Zelle.

We will also need the following documents from Virgie Clean Mining:
- Quickbooks statements from January 1, 2021 to present
- All bank statements from January 1, 2021 to present (including from Virgie Aggregates, LLC)
- Any operating agreement

And the following documents from Pristine Clean Energy:
- Quickbooks statements from January 1, 2021 to present
- All bank statements from January 1, 2021 to present
- Any operating agreement

As you know, Mr. Abraham and Mr. Sharma identified additional assets and bank accounts during the depositions. To the extent that we did not specifically reference these document above, we need a supplement of these documents. Regarding the vehicles you represented that may have been transferred, the document requests still require that the vehicles be identified, as well as the documents supporting the transfer of those assets, including who they were sold to and where the proceeds were deposited.

Attached please find our firm's wiring instructions for payment pursuant to the Court's Order today.

We would be remiss to note that based on our research that we did not have the opportunity to fully review today, there are other documents that should be responsive and we would please ask your clients to review their responses and confirm their accuracy.

Thank you for your time and attention.



Gina M. Young

1

Managing Associate

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 502 587 3545   |   M +1 812 568 8899   |   US Internal 883545
gina.young@dentons.com
Bio   |   Website

Dentons Bingham Greenebaum LLP
3500 PNC Tower, 101 South Fifth Street, Louisville, KY, 40202

Zaanouni Law Firm & Associates > LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems. Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures. Please see dentons.com for Legal Notices.

# Billy Shelton

| | |
|---|---|
| **From:** | Billy Shelton |
| **Sent:** | Sunday, September 10, 2023 8:24 PM |
| **To:** | Young, Gina M.; Wimberg, April A. |
| **Subject:** | Fwd: Coal Network v. Sharma - Supplemental Responses |

Get Outlook for iOS

**From:** Tony Sharma <ktonysharma@aol.com>
**Sent:** Sunday, September 10, 2023 8:22 PM
**To:** Billy Shelton <bshelton@sbhlegal.net>
**Subject:** Re: Coal Network v. Sharma - Supplemental Responses

We are missing the following documents from Mr. Sharma:

- January 2021 to August 2022, March 2023 statements from Sharma Wells Fargo account - done
- July 2023, August 2023 statements from Sharma Capital One account - no statements
- July 2022, August 2023 statements from Myra Resources LLC Truist Account - done
- ALL bank statements from Myra Operating LLC Bank of America account - done
- Any other documents evidencing these accounts - all accounts were opened online so no documents
- Any operating agreements of Myra Operating LLC, Myra Resources LLC and Pike Security LLC - I do not have it
- Venmo and Zelle statements from January 1, 2021 – present - bank accounts show all transfers

1

